PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:02CR00139-001 |
| DOCKET NUMBER *(Rec. Court)* | 2:10-cr-683 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Brown<br>1310 N. 22nd Street<br>Philadelphia, PA 19121 | West Virginia Southern | Charleston |
| | NAME OF SENTENCING JUDGE | |
| | Joseph R. Goodwin | |
| FILED<br>OCT 14 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk | DATES OF SUPERVISED RELEASE: FROM 03/05/2010 | TO 03/04/2013 |

**OFFENSE**

21 U.S.C. § 841(a)(1): Distribution of cocaine base
18 U.S.C. § 111(1)(1): Simple assault on a federal officer

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF WEST VIRGINIA"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Oct 7, 2010
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge