# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA



**TERESA L. DEPPNER**
**CLERK OF COURT**

| **BLUEFIELD** | **CHARLESTON** | **HUNTINGTON** | **BECKLEY** | **PARKERSBURG** |
|---|---|---|---|---|
| Room 2303<br>601 Federal Street<br>Bluefield, WV 24701 | Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301 | Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701 | Room 119<br>110 North Heber Street<br>Beckley, WV 25801 | Room 5102<br>425 Juliana Street<br>Parkersburg, WV 26101 |
| P. O. Box 4128<br>Bluefield, WV 24701 | P. O. Box 2546<br>Charleston, WV 25329 | P. O. Box 1570<br>Huntington, WV 25716 | P. O. Drawer 5009<br>Beckley, WV 25801 | Please use street address above. |
| 304/327-9798 | 304/347-3000 | 304/529-5588 | 304/253-7481 | 304/420-6490 |

www.wvsd.uscourts.gov                                     Reply to: Charleston

November 22, 2010

Clerk, United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

United States of America vs James Brown
2:02-00189

Dear Clerk,

Pursuant to the Transfer of Jurisdiction, in the above-referenced criminal action, please find enclosed certified copies of the Information, Amended Judgment Order, Transfer of Jurisdiction and the criminal docket sheet.

If you have any questions concerning this matter, please do not hesitate to contact this office.

Sincerely yours,

Teresa L. Deppner,
Clerk of Court

Enclosures
cc: Probation Office SDWV                    By_____
                                                Deputy Clerk

Receipt is hereby acknowledge of the documents described herein.

Date:_____ By: _____
                    Deputy Clerk

| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>2:02CR00189-001 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)*<br>2:10-cr-683 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>James Brown<br>1310 N. 22nd Street<br>Philadelphia, PA 19121 | DISTRICT<br>West Virginia Southern | DIVISION<br>Charleston |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE<br><br>Joseph R. Goodwin | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>03/05/2010    TO<br>03/04/2013 |

OFFENSE

21 U.S.C. § 841(a)(1): Distribution of cocaine base
18 U.S.C. § 111(1)(1): Simple assault on a federal officer

**ENTERED**

NOV 1 9 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF WEST VIRGINIA"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| *Oct 4, 2010*<br>Date | *Joseph R. Goodwin*<br>United States District Judge |
| --- | --- |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 10/14/10<br>Effective Date | *Maria McLaughlin*<br>United States District Judge |
| --- | --- |

A TRUE COPY

NOV 2 2 2010

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



FILED

MAR 1 0 2003

SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:02-00189
18 U.S.C. § 111(a)(1)

JAMES BROWN

EDPA: 10 -683

# I N F O R M A T I O N

The United States Attorney Charges:

On or about September 19, 2002, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JAMES BROWN did commit simple assault by knowingly and intentionally resisting, opposing, impeding, and interfering with a Deputy United States Marshal, an employee of an agency of the executive branch of the United States government, while such employee was engaged in the performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

KASEY WARNER
United States Attorney

By: _____

TRAVIS N. GERY
Assistant United States Attorney

Date Filed: March 10, 2003

V 2 2 2010

27

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA

*EDPA.10 -683*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: 2:02-cr-189-01 |
| V. | USM Number: 06963-088 |
| JAMES BROWN | Defendant's Attorney: Barron M. Helgoe |

## AMENDED JUDGMENT IN A CRIMINAL CASE

**Date of Original Judgment:** June 11, 2003
(or Date of Last Amended Judgment)

**Reason for Amendment:**

- X   Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))
- ☐   Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- X   Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☐   Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐   Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐   Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐   Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐   Direct Motion to District Court Pursuant to 28 U.S.C. § 2255
- ☐   Direct Motion to District Court Pursuant to 18 U.S.C. § 3559(c)(7)
- ☐   Modification of Restitution Order (18 U.S.C. § 3664)

THE DEFENDANT :

- X   pleaded guilty to Count One of the Indictment and to Count One of the Information.
- ☐   pleaded nolo contendere to count(s)_____ which was accepted by the court.
- ☐   was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | distribution of cocaine base | 06/14/02 | One of Indictment |
| 18 U.S.C. § 111(1)(1) | simple assault on a federal officer | 09/19/02 | One of Information |

The defendant is sentenced as provided in pages 2 through 6 of this judgment.

- ☐   The defendant has been found not guilty on count(s)_____.
- ☐   Count(s)_____ is(are) dismissed on the motion of the United States.

It is ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States Attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 3, 2006
Date Signed: January 24, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Page 1 of 6

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 months**.

X        The court **RECOMMENDS** the following to the Bureau of Prisons: ***The court recommends that the defendant be placed in the Bureau of Prisons Intensive Drug Treatment Program.**

X        The defendant is remanded to the custody of the United States Marshal.

❏        The defendant shall surrender to the United States Marshal for this district by 1:00 p.m. on _____.

❏        The defendant shall surrender to the United States Marshal for this district as notified by the United States Marshal.

❏        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by 1:00 p.m. on _____.

❏        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

❏        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

a _____, with a certified copy of this judgment.

_____
United States Marshal


By_____
Deputy United States Marshal

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

Check if applicable:

X      The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

❑      The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

❑      The defendant shall cooperate in the collection of DNA as directed by the probation officer.

❑      The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

❑      The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments page of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptance reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement or act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

While on supervised release, the defendant must not commit another federal, state, or local crime, must not possess a firearm or other dangerous device, and must not unlawfully possess a controlled substance. The defendant must also comply with the standard terms and conditions of supervised release as recommended by the United States Sentencing Commission and as adopted by the United States District Court for the Southern District of West Virginia, including the special condition that the defendant shall participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties as set out on the Schedule of Payments page.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $125.00 | $0 | $0* |

❑    The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case* will be entered after such determination.

❑    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $ | $ |  |

❑    Restitution amount ordered pursuant to plea agreement $_____

❑    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Page 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

❑    The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the fine.

❑    The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

❑    The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the fine is modified as follows:

❑    The court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement for the restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 2994, but before April 23, 1996.

Amended Judgment in a Criminal Case [Note: Changes Identified w/ Asterisks(*)] - JAMES BROWN / 2:02-cr-189-01

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

X　　　　Lump sum payment of $125 due immediately.

❑　　　　Lump sum payment of $_____ due immediately, balance due as set forth below:

❑　　　　Special instructions regarding the payment of criminal monetary penalties:


Unless the court expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

❑　　　　Joint and Several
　　　　　Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and
　　　　　Several Amount, and corresponding payee, if appropriate.

❑　　　　The defendant shall pay the cost of prosecution.

❑　　　　The defendant shall pay the following court cost(s):

❑　　　　The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED, 25BC, LC-2, Loftis

# United States District Court
## Southern District of West Virginia (Charleston)
### CRIMINAL DOCKET FOR CASE #: 2:02-cr-00189 All Defendants
#### Internal Use Only

EDPA: 10-683

Case title: USA v. Brown

Date Filed: 09/12/2002
Date Terminated: 11/10/2004

Assigned to: Judge Joseph R. Goodwin

**Defendant (1)**

**James Brown**
*TERMINATED: 11/10/2004*
*also known as*
"6-9"
*TERMINATED: 11/10/2004*

represented by **Barron M. Helgoe**
VICTOR VICTOR & HELGOE
P. O. Box 5160
Charleston, WV 25361-5160
304/346-5638
Fax: 346-0451
Email: victorhelgoelaw@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

21:841(a)(1) CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE, cocaine base.
(1)

18:111(a)(1)
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES.
(1s)

**Disposition**

235 mos. impr. concurrent, both cts. 3
yrs SRT, $125.00 sp. assmt., fine
waived, $401.36 restitution.
RESENTENCED to 60 mos. impr., 3
yrs SRT, $125.00 sp. assmt., fine
waived.

235 mos. impr. concurrent, both cts. 3
yrs SRT, $125.00 sp. assmt., fine
waived, $401.36 restitution.
RESENTENCED to 60 mos. impr., 3
yrs SRT, $125.00 sp. assmt., fine
waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

A TRUE COPY CERTIFIED ON

NOV 22 2010

U.S. DISTRICT COURT

By

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**United States of America**
*TERMINATED: 06/11/2003*

represented by **Charles T. Miller**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 347-5104
Email: chuck.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua C. Hanks**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 304/347-5705
Email: josh.hanks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula S. Klotzbach**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 347-5104
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis N. Gery**
U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304/345-2200
Fax: 347-5104
*TERMINATED: 06/11/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Call**

U. S. ATTORNEY'S OFFICE
P. O. Box 1713
Charleston, WV 25326-1713
304-345-2200
Fax: 304-347-5443
Email: Gary.Call@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/11/2002 | | PROBATION OFFICER ASSIGNED as to James Brown. PRETRIAL SERVICES: Cueva; PRESENTENCE INVESTIGATION: Loftis; SUPERVISION: Cueva. (pdb) Modified on 03/11/2003 (Entered: 09/12/2002) |
| 09/12/2002 | 1 | INDICTMENT as to James Brown count 1. (Unsealed 9/12/02 originally filed 9/5/02) (pdb) |
| 09/12/2002 | 2 | DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION as to James Brown (cc: U.S. Marshal). (Unsealed 9/12/02 originally filed 9/5/02) (pdb) |
| 09/12/2002 | | BENCH WARRANT issued as to James Brown. (Unsealed 9/12/02 originally filed 9/5/02) (pdb) |
| 09/12/2002 | 3 | PETITION/ORDER directing the Clerk to issue a WHCAP as to James Brown returnable 9/19/02 at 10:00. (Signed by Magistrate Judge Mary E. Stanley) cc: USA; USM; USP; Judge (Unsealed 9/12/02 originally filed 9/11/02) (pdb) |
| 09/12/2002 | | WRIT of Habeas Corpus ad Prosequendum issued and delivered to USM as to James Brown for 9/19/02. (Unsealed 9/12/02 originally filed 9/11/02) (pdb) |
| 09/12/2002 | | (Court only) **ADDED GOVERNMENT ATTORNEY Travis N. Gery as to James Brown. (pdb) |
| 09/12/2002 | 4 | MOTION TO UNSEAL/ORDER as to James Brown; directing that the indictment be unsealed. cc: counsel; USA; USM; USP; Judge (Signed by Magistrate Judge Mary E. Stanley) (pdb) |
| 09/12/2002 | 5 | ORDER as to James Brown; set Arraignment for 10:00 9/19/02 ; directing govt to prepare appropriate paperwork to ensure deft's appearance. cc: counsel; USA; USM; USP; Judge (Signed by Magistrate Judge Mary E. Stanley) (pdb) |
| 09/16/2002 | 6 | CJA 20 APPOINTMENT of Attorney Barron M. Helgoe as to James Brown. (Signed by Magistrate Judge Mary E. Stanley) (pdb) (Entered: 09/17/2002) |
| 09/17/2002 | 7 | CJA 23 FINANCIAL AFFIDAVIT by James Brown. (pdb) |
| 09/19/2002 | | ARRAIGNMENT as to James Brown held. (Magistrate Judge Mary E. |

| | | Stanley; Court Reporter: Electronic) (pdb) |
|---|---|---|
| 09/19/2002 | 8 | ORDER Upon hearing held 9/19/02 as to James Brown; finding reasonable cause to believe that deft may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist propertly in his defense; granting deft's oral motion for a mental competency and mental responsibility evaluation pursuant to 18 U.S.C. 4241(a) and 4242; a psychiatric and/or psychological examination of deft shall be conducted, pursuant to 18 U.S.C. 4247(b), and as more further set forth herein; deft shall be committed to custody of the Attorney General for placement in a suitable facility for a reasonable period not to exceed 30 days; the evaluation shall commence upon the deft's arrival at the designated facility; the evaluation report shall address those elements set forth in 18 U.S.C. 4247(c); upon deft's arrival at the BOP's facility where the evaluation will be conducted, that facility will promptly notify deft's counsel, Barron M. Helgoe; pursuant to the provisions of 18 U.S.C. 4247(c), the psychiatric or psychological evaluation on report shall be prepared and mailed to the undersigned mag. judge; upon filing and distribution of the report by the court, a hearing will be conducted to determine deft's mental competence, pursuant to 18 U.S.C. 4247(d); the arraignment is continued generally pending the receipt of a psychiatric or psychological report; time excluded from 9/19/02 until the determination of whether the deft is mentally competent, pursuant to 18 U.S.C. 3161(h)(1)(A); directing that designation of the facility for evaluation be expedited and deft be transported there forthwith; recommending that the BOP designate a facility as close as possible to Charleston, WV, such as the facility at Butner, NC; deft remanded to custody of the USM. cc: counsel; USA; USM (5 certified copies); USP; Judge Haden; Mag. Judge Stanley (Signed by Magistrate Judge Mary E. Stanley) (pdb) |
| 09/19/2002 | | (Court only) **EXCLUDABLE XA START as to James Brown (pdb) |
| 09/19/2002 | 9 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to James Brown; PROBATION OFFICER: Cueva; Type of Assignment: Pretrial Services, Supervision. (pdb) (Entered: 09/20/2002) |
| 09/26/2002 | 10 | WRIT of Habeas Corpus ad Prosequendum executed as to James Brown on 9/19/02 (tmr) |
| 10/10/2002 | 11 | BENCH WARRANT RETURNED EXECUTED as to James Brown on 9/19/02 (tmr) |
| 12/13/2002 | 12 | ARRAIGNMENT ORDER AND STANDARD DISCOVERY REQUESTS: Upon Hearing Held 12/13/02, deft entered PNG to the indictment; trial set to a jury at 9:30 on 2/19/03 and pretrial hearing on motions at 11:30 on 2/3/03 before Judge Charles Haden II; pretrial motions due by 1/27/03, proposed voir dire questions and jury instructions due by 2/7/03, and list of prospective witnesses due by 2/14/03; deft did not execute a waiver of right to be present at the hearings on motions prior to trial; deft was previously ordered detained pending trial; Standard |

| | | |
|---|---|---|
| | | Discovery Request Form executed; govt's responses to deft's standard discovery requests due not later than 10 days from date of entry of this order; reciprocal discovery and filing of additional motions by deft due w/in 10 days of receipt of the requested materials and filing of the govt's written response to deft's standard discovery requests; jury questionnaires for the petit jurors on the current panel shall be made available to each party for inspection and copying. (signed by Magistrate Judge Mary E. Stanley) (cc: counsel, USA, USM, USP; Judge; Jury Clerk) (skh) Modified on 12/16/2002 |
| 12/13/2002 | | ARRAIGNMENT AND COMPETENCY HEARING as to James Brown held (Magistrate Judge Mary E. Stanley; Court Reporter: Electronic) (tmr) |
| 12/16/2002 | 13 | ORDER Upon hearing held 12/13/02 as to James Brown; finding deft competent and able to assit his atty in his own defense; deft remanded to custody of the USM. cc: counsel; USA; USM; USP; Judge (Signed by Magistrate Judge Mary E. Stanley) (tmr) |
| 12/26/2002 | 14 | RESPONSE by USA to deft's Standard Discovery Requests and REQUEST by USA for Reciprocal Discovery. (tmr) |
| 01/06/2003 | 15 | RESPONSE by James Brown to govt's discovery motions (tmr) |
| 01/23/2003 | 16 | EX-PARTE MOTION by James Brown for approval of expert services . (pdb) (Entered: 01/24/2003) |
| 01/23/2003 | 17 | MOTION by James Brown for Additional Discovery , to Exclude 404(b) Evidence , to Redact Alias from the Indictment , to Suppress Videotaped Statement of Deft , for a Hearing on the Audibility of Audio Tape Disclosed by the Govt , and for Permission to Submit Additional Motions . (pdb) Modified on 02/06/2003 (Entered: 02/03/2003) |
| 01/27/2003 | 18 | *SEALED* SEALED EX PARTE ORDER (2507) Denying expert witness approval (tmr) Modified on 5/12/2010 to add document (rap). |
| 01/29/2003 | 19 | JANUARY 29, 2003 SUPPLEMENTAL RESPONSE by USA to deft's Standard Discovery Requests. (tmr) (Entered: 01/30/2003) |
| 02/03/2003 | | PRETRIAL MOTIONS HEARING as to James Brown commenced and cont'd to 2/4/03 at 11:00. (Judge Charles Haden II; Court Reporter: Preston) (pdb) |
| 02/03/2003 | 20 | ORDER CONTINUING MOTIONS HEARING as to James Brown; reset 2/3/03 Pretrial Motions Hearing for 11:00 2/4/03 . cc: counsel; USA; USM; USP; Judge (Signed by Judge Charles Haden II) (pdb) |
| 02/04/2003 | 21 | ORDER CONTINUING MOTIONS HEARING as to James Brown; reset Pretrial Motions Hearing which commenced on 2/3/03 for 11:00 2/6/03 . cc: counsel; USA; USM; USP; Judge (Signed by Judge Charles Haden II) (pdb) |
| 02/06/2003 | 22 | *SEALED* SEALED MOTION TO Disclose Grand Jury Testimony (pdb) Modified on 5/12/2010 to add image (rap). |
| | | |

| 02/06/2003 | 23 | *SEALED* SEALED ORDER (2507) GRANTING Motion to Disclose Grand Jury Testimony (pdb) Modified on 5/12/2010 to add image (rap). |
|---|---|---|
| 02/06/2003 |  | (Court only) **EXCLUDABLE XE START as to James Brown. (pdb) |
| 02/06/2003 |  | PRETRIAL MOTIONS HEARING as to James Brown held (continued from 2/3/03). (Judge Charles Haden II; Court Reporter: Angela Preston) (skh) |
| 02/06/2003 | 24 | WITNESS LIST as to James Brown from pretrial motions hearing held 2/6/03. (skh) |
| 02/06/2003 | 25 | FEBRUARY 6, 2003 SUPPLEMENTAL RESPONSE by USA to Standard Discovery Requests from defendant James Brown. (skh) (Entered: 02/07/2003) |
| 02/10/2003 | 26 | ORDER as to James Brown; denying deft's [17-1] motion for Additional Discovery; granting deft's [17-3] motion to Redact Alias from the Indictment denying deft's [17-4] motion to Suppress Videotaped Statement of Deft cc: counsel; USA; USM; USP; Judge (Signed by Judge Charles Haden II) (tmr) |
| 02/10/2003 | 27 | FEBRUARY 10, 2003 SUPPLEMENTAL RESPONSE by USA to deft's Standard Discovery Requests. (pdb) (Entered: 02/11/2003) |
| 02/28/2003 | 28 | GOVT'S PROPOSED JURY INSTRUCTIONS as to James Brown (tmr) |
| 02/28/2003 | 29 | PROPOSED VOIR DIRE QUESTIONS by USA as to James Brown (tmr) Modified on 03/10/2003 |
| 03/07/2003 | 30 | MOTION by USA as to James Brown to schedule guilty plea hearing . (pdb) |
| 03/07/2003 | 31 | ORDER SETTING PLEA HEARING as to James Brown; granting govt's [30-1] motion to schedule guilty plea hearing; set Plea Hearing for 9:30 3/11/03 ; time excluded from 3/7/03 to 3/11/03, pursuant to 18 USC 3161 (h)(1)(I) . cc: counsel; USA; USM; USP; Judge (Signed by Judge Charles Haden II) (pdb) |
| 03/10/2003 | 32 | INFORMATION as to James Brown count 1s. (pdb) (Entered: 03/11/2003) |
| 03/11/2003 |  | PLEA HEARING as to James Brown held. (Judge Charles Haden II; Court Reporter: Preston) (pdb) |
| 03/11/2003 | 33 | WRITTEN GUILTY PLEA by James Brown to the Indictment and Information . (pdb) |
| 03/11/2003 | 34 | LETTER-FORM PLEA AGREEMENT as to James Brown. (cc: USP) (pdb) |
| 03/11/2003 | 35 | PLEA ORDER Upon hearing held 3/11/03 as to James Brown; finding deft competent; filing of written guilty plea and plea agreement; adjudging deft guilty and provisionally convicted of the offense charged in the indictment and the information; set Sentencing for 10:30 6/2/03 ; deft remanded to custody of the USM. cc: counsel; USA; USM; USP; Judge (Signed by |

| | | Judge Charles Haden II) (pdb) Modified on 03/17/2003 |
|---|---|---|
| 03/11/2003 | 36 | PROBATION OFFICER ASSIGNMENT/SUPERVISION FORM as to James Brown; PROBATION OFFICER: Loftis; Type of Assignment: Presentence Investigation. (pdb) |
| 05/30/2003 | 37 | RESCHEDULING ORDER as to James Brown; reset Sentencing for 11:00 6/9/03 . cc: counsel; USA; USM; Judge (Signed by Judge Charles Haden II) (pdb) |
| 06/09/2003 | | SENTENCING held (Judge Charles Haden II; Court Reporter: Preston) James Brown (tmr) |
| 06/09/2003 | 38 | NOTICE OF APPEAL by James Brown from sentencing held 6/9/03. (tmr) |
| 06/11/2003 | 39 | JUDGMENT upon sentencing held 6/9/03 as to James Brown; counts 1s, 1, 235 mos. impr. concurrent, deft shall receive credit for 264 days spent in custody; recommending that upon intake deft receive a full mental and physical evaluation for purposes of ascertaining and treating any conditions which may be exhibited, and for participation in a appropriate substance abuse treatment program; further recommends deft be incarcerated in a federal medical center as close as possible to Philadelphia, PA; deft remanded to custody of the USM; 3 yrs SRT, $125.00 sp. assmt., payable as set forth herein; fine waived, $401.36 restitution, payable as set forth herein. (Signed by Judge Charles Haden II) cc: counsel; USA; USM; USP; Judge (tmr) |
| 06/11/2003 | 40 | *SEALED* SEALED MEMORANDUM OF SENTENCING HEARING AND REPORT OF STATEMENT OF REASONS (2507) (tmr) Modified on 5/12/2010 to add image (rap). |
| 06/11/2003 | | **CASE CLOSED as to James Brown (all defendants) (tmr) |
| 06/11/2003 | 41 | NOTICE OF TRANSMITTAL OF FILING OF NOTICE OF APPEAL TO 4CCA as to James Brown . Certified copy of docket sheet and judgment order forwarded as well. (tmr) |
| 06/12/2003 | 42 | ORDER as to James Brown, Petitioner may proceed on appeal in forma pauperis pursuant to Rule 24, Federal Rules of Appellate Procedure. (signed by Judge Charles Haden II) (cc: counsel; USA, USM, USP; Judge) (tmr) |
| 06/12/2003 | 43 | UPDATE TO NOTICE OF TRANSMITTAL TO 4CCA as to James Brown. (ifp status granted) (tmr) |
| 06/18/2003 | 44 | TRANSCRIPT PURCHASE ORDER by James Brown. (tmr) |
| 06/20/2003 | 45 | NOTICE OF DOCKETING ROA FROM 4CCA as to James Brown Re: 4CCA Number: 03-4494; Case Manager: Anthony Webb. (tmr) |
| 06/20/2003 | 46 | NOTICE from 4CCA, 03-4494, as to James Brown, indicating update filed 6/17/03. (tmr) |
| 06/20/2003 | 47 | ORDER (4CCA 03-4494) as to James Brown; appointing Barron Helgoe as counsel for deft. cc: counsel; USA; USM; USP; Judge (tmr) |

| 06/23/2003 | 48 | TRANSCRIPT PURCHASE ORDER by James Brown 4CCA No. 03-4494 (tmr) |
| 06/23/2003 | 49 | TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 03-4494 as to James Brown, to Angela Preston Court Reporter; Transcript due 7/21/03. (tmr) Modified on 07/14/2003 |
| 06/25/2003 | 50 | TRANSCRIPT ORDER ACKNOWLEDGMENT from 4CCA, Appeal No. 03-4494 as to James Brown, to Angela Preston, Court Reporter. Transcript due 7/21/03. (pdb) |
| 07/18/2003 | 51 | TRANSCRIPT as to James Brown for Pre-Trial, Plea & Sentence Hearings held 2/3 and 2/6/03, 3/11/03, and 6/9/03 before Judge Charles Haden II. Court Reporter: Preston. (pdb) |
| 07/31/2003 | 52 | CERTIFICATE by Clerk OF READINESS OF RECORD ON APPEAL as to James Brown re: [38-1] appeal by James Brown in 4CCA no. 03-4494 (tmr) |
| 08/07/2003 | 53 | NOTICE from 4CCA, 03-4494, as to James Brown, indicating certificate filed 8/4/03. (tmr) |
| 08/22/2003 | 54 | JUDGMENT RETURNED EXECUTED as to James Brown; on 7/21/03 defendant was delivered to F. C. I. SCHUYLKILL (tmr) (Entered: 08/25/2003) |
| 11/21/2003 | 55 | UNPUBLISHED PER CURIAM OPINION, 4CCA No. 03-4494, as to James Brown, affirming judgment of the district court. (tmr) |
| 12/15/2003 | 56 | NOTICE OF ISSUANCE OF MANDATE, 4CCA # 03-4494, as to James Brown. (tmr) |
| 12/15/2003 | 57 | JUDGMENT OF 4CCA (03-4494) (certified copy) as to James Brown, affirming judgment of the district court. cc: Judge, USA, USM, USP, counsel. (MANDATE RECALLED pursuant to the [61-1] order entered 3/29/04) (tmr) Modified on 04/15/2004 |
| 12/15/2003 |  | (Court only) **REMOVE APPEAL FLAG - no further appeals pending (tmr) |
| 12/23/2003 | 58 | ORDER as to James Brown directing the Clerk to docket the letter received by the court on 12/22/03 from Warden David L. Winn, FMC Devens, and to provide a copy to the deft (cc: defendant and counsel; USA; USM; USP; Judge)(signed by Magistrate Judge Mary E. Stanley) (jkk) |
| 12/23/2003 | 59 | LETTER as to James Brown dated 12/19/03 from David L. Winn, Warden, FMC Devens, to Magistrate Judge Mary E. Stanley, re, psychological evaluation conducted by Dr. Thomas Patenaude (jkk) Modified on 12/24/2003 |
| 03/08/2004 | 60 | LETTER dated 3/4/04 from 4CCA (03-4494) as to James Brown addressed to Teresa L. Deppner, Clerk, advising that 4CCA has received a notice from the Supreme Court that a petition for writ of certiorari has been filed |

| | | in this case (jkk) |
|---|---|---|
| 03/29/2004 | 61 | ORDER (4CCA #03-4494) as to James Brown, the 4CCA will retain jurisdiction in this appeal, recall the mandate, and vacate its decision; this case is remanded to the district court for that court to inquire into and ascertain what effect, if any, upon the conviction of James Brown the report of a certain psychologist may have had; that certain psychologist's report is that mentioned in the letter from David L. Winn, Warden, to Mag. Judge Stanley dated 12/19/03; upon its compliance with this order, the district court will file its report and notify this court. cc: counsel; USA; USM; USP; Judge (skh) |
| 03/29/2004 | | **CASE REOPENED as to James Brown. (skh) |
| 03/29/2004 | 62 | ORDER: Due to the death of the Honorable Charles H. Haden II, U. S. District Judge, this action is reassigned to the docket of the Honorable Judge David Faber, U. S. District Judge, for all further proceedings. (cc: deft and counsel; USA; USP; USM; Judge Faber) (ras) (Entered: 03/30/2004) |
| 04/05/2004 | 63 | NOTICE from 4CCA, 03-4494, denying certiorari as to James Brown. (copy of the Supreme Court's notification is attached) (tmr) |
| 04/16/2004 | 64 | REFERRAL ORDER as to James Brown: This matter is referred to the Honorable Mary E. Stanley, U.S. Magistrate Judge, Pursuant to 28 USC 636 and Rule 72.3, LRMGP. (cc: Mag. Judge Stanley; attys; USM; USP; any unrepresented party; Judge) (tmr) Modified on 04/19/2004 |
| 04/26/2004 | 65 | ORDER as to James Brown; directing USA to obtain reports as more fully set forth herein on 5/14/04; on or before 6/11/04, counsel for deft will advise the Court and counsel for the govt as to the deft's position with respect to these matters; on or before 6/25/04, counsel for parties will advise the Court whether a hearing is needed and whether the deft's presence is required. cc: Judge, USA, USM, USP, counsel, deft. Signed by Mag. Judge Mary E. Stanley on 4/26/2004. (tmr) Modified on 4/29/2004 (Howie, Susan). |
| 05/14/2004 | 66 | ORDER as to James Brown, directing the response of the United States and its attachments, in response to the 4/26/04 order, be filed under seal. Signed by Magistrate Judge Mary E. Stanley on 5/14/2004. (cc: Judge, AUSA Ronald G. Morgan, USP, USM, counsel Barron M. Helgoe, deft) (skh) |
| 05/14/2004 | 67 | *SEALED* SEALED RESPONSE of the United States. (skh) Modified on 5/12/2010 to add image (rap). |
| 06/23/2004 | 68 | JOINT MOTION by USA and James Brown for a 40-Day independent mental competency and responsibility evaluation at the forensic evaluation unit located at South Central Regional Jail. (tmr) |
| 06/23/2004 | 69 | RESPONSE by James Brown re: govt's 68 JOINT MOTION by James Brown for Independent Mental Competency and Responsibility Evaluation. (tmr) Modified on 6/30/2004 (Howie, Susan). |
| | | |

| | | |
|---|---|---|
| 06/23/2004 | 🔊 70 | ORDER granting 68 Motion for Independent Mental Competency and Responsibility Evaluation as to James Brown as more fully set forth herein; all facilities to release deft's academic, medical and mental health records to the psychologist and psychiatrist listed herein. Signed by Judge Joseph R. Goodwin on 6/23/2004. (cc: Judge, USA, USP, USM, counsel, deft, Dr. David Clayman, Ph.D. and Dr. Mark Casdorph, South Central Regional Jail) (tmr) Modified on 6/30/2004 (Howie, Susan). |
| 06/23/2004 | 🔊 | ATTORNEY UPDATE in case as to James Brown. ATTORNEY Paula S. Klotzbach for USA added. (skh) (Entered: 06/30/2004) |
| 07/21/2004 | 🔊 71 | *SEALED* SEALED REVISED MOTION to Release Sealed Material by Govt. (tmr) Modified on 5/12/2010 to add image (rap). |
| 07/30/2004 | 🔊 72 | ORDER OF 4CCA as to 38 Notice of Appeal in 4CCA Case No. 03-4494, granting appellant's unopposed motion for leave to file a supplemental brief addressing the United States Supreme Court's recent decision in Blakely v. Washington, 124 S.Ct. 2351 (2004); directing the clerk to establish an appropriate supplemental briefing schedule. (cc: attys; any unrepresented parties) (skh) |
| 07/30/2004 | 🔊 73 | ORDER OF 4CCA as to 38 Notice of Appeal in 4CCA Case No. 03-4494, directing supplemental briefing as follows: appellant's supplemental brief, not to exceed 20 pages, due by 8/9/04, and appellee's supplemental brief, not to exceed 20 pages, due by 8/19/04. (cc: attys, any unrepresented parties) (skh) |
| 08/02/2004 | 🔊 74 | ORDER as to James Brown, having learned from the USMS that deft arrived in this district on 7/22/04, directing that the 40-day evaluation period shall begin from the deft's arrival date. Signed by Mag. Judge Mary E. Stanley on 8/2/2004. (cc: Judge, USA, USP, USM, counsel, Dr. David Clayman, Dr. Mark Casdorph, South Central Regional Jail) (skh) |
| 08/06/2004 | 🔊 75 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at FCI Schuylkill, P. O. Box 700, Minersville, PA 17954. Defendant currently in transit. |
| 08/27/2004 | 🔊 76 | MOTION by USA as to deft James Brown to Release deft from Forensic Evaluation Unit and to set hearing date and time. (Attachments: # 1 Proposed Order) (mkw) (Entered: 08/30/2004) |
| 08/30/2004 | 🔊 77 | ORDER; granting govt's 76 Motion for Hearing as to James Brown; granting govt's 76 Motion to Release deft from Forensic Evaluation Unit; final hearing on this matter set for 09/16/04 @ 2:00 p.m. Signed by Mag. Judge Mary E. Stanley on 8/30/2004. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) Modified on 9/2/2004 (Howie, Susan). |
| 09/16/2004 | 🔊 78 | Minute Entry for proceedings held before Mag. Judge Mary E. Stanley: MENTAL EVALUATION HEARING as to James Brown. (Court Reporter Electronic.) (jkk) Modified on 9/20/2004 (Howie, Susan). (Entered: 09/17/2004) |
| 09/17/2004 | 🔊 79 | ORDER as to James Brown, directing that the Forensic Psychiatric |

| | | |
|---|---|---|
| | | Evaluation of the deft by Mark N. Casdorph, D.O. and the Forensic Psychological Evaluation of the deft by David A. Clayman, Ph.D. are filed under seal. Signed by Mag. Judge Mary E. Stanley on 9/17/2004. (cc: Judge, USA, USP, USM, counsel, deft) (skh) |
| 09/17/2004 | ◖ 80 | *SEALED* SEALED PSYCHOLOGICAL REPORT. (skh) Modified on 5/12/2010 to add image (rap). |
| 09/17/2004 | ◖ 81 | PROPOSED FINDINGS AND RECOMMENDATION recommending that the presiding district judge enter such order(s) as may be appropriate under the circumstances and to advise the 4CCA as follows: 1. the report of psychologist Thomas Patenaude had no effect upon the conviction of James Brown; 2. Mr. Brown's case is ready for further proceedings before the Court of Appeals, including resolution of issues raised by the supplemental briefing addressing Blakely v. Washington; further recommending that the presiding district judge note that Judge Haden's recommendation that Mr. Brown receive a full mental and physical evaluation for purposes of ascertaining and treating any conditions which may be exhibited and for participation in an appropriate substance abuse treatment program was not honored by the BOP; further recommending that the presiding district judge direct that copies of the sealed evaluations be made a part of the deft's PSI and that the USMS notify the BOP that deft is now ready for designation and transportation to an appropriate institution. Objections to PF&R due by 10/4/2004. Signed by Mag. Judge Mary E. Stanley on 9/17/2004. (cc: Judge Goodwin, USA, USP, USM, counsel, deft) (skh) |
| 09/24/2004 | | (Court only) ***Set LC-2 Flag as to James Brown (cel) |
| 09/29/2004 | ◖ 82 | CLERK'S ORDER REASSIGNING CASE. Case reassigned from Judge David A. Faber to Judge Joseph R. Goodwin(cc: attys; any unrepresented party; Judge) . Signed by Clerk of Court Teresa L. Deppner on 9/29/2004. (wrh) |
| 11/10/2004 | ◖ 83 | ORDER as to James Brown; accepting and incorporating the Mag. Judge's findings and recommendation; directing that the USM shall notify the BOP that the deft is now ready for designation and transportation to an appropriate institution . Signed by Judge Joseph R. Goodwin on 11/10/2004. (cc certified: Judge, Mag. Judge Stanley, USA, USP, USM, counsel, deft) (tmr) Modified on 11/16/2004 (Howie, Susan). |
| 11/10/2004 | | (Court only) ***Terminated Defendant James Brown, pending deadlines and motions., ***CASE CLOSED. (jkk) (Entered: 11/03/2005) |
| 11/30/2004 | ◖ 84 | GRAND JURY RETURN ORDER as to James Brown. (tmr) |
| 02/14/2005 | ◖ 85 | ORDER OF 4CCA as to James Brown in 4CCA Case No. 03-4494; granting deft's unopposed motion to supplement the briefs pursuant to Booker/Fanfan. cc: Judge, USA, USM, USP, counsel. (tmr) |
| 06/02/2005 | ◖ 86 | COURTESY COPY OF UNPUBLISHED OPINION OF 4CCA, re: 38 Appeal in 4CCA Case No. 03-4494. (tmr) |
| | | |

| 06/02/2005 | ❸ 87 | COPY OF 4CCA JUDGMENT in 4CCA Case No. 03-4494. A certified copy of this judgment will be provided to the district court upon issuance of the mandate. This judgment will not take effect until issuance of the mandate. (tmr) (Entered: 06/06/2005) |
| 06/24/2005 | ❸ 88 | NOTICE OF ISSUANCE OF MANDATE, 4CCA # 03-4494. (mkw) |
| 06/24/2005 | ❸ 89 | UNPUBLISHED OPINION, 4CCA # 03-4494: Affirming in part and vacating in part the judgment of the District Court, remanding this case for further sentencing. (mkw) |
| 06/24/2005 | ❸ 90 | JUDGMENT (CERTIFIED COPY), 4CCA #03-4494: Re 38 Appeal, affirming in part and vacating in part the judgment of the District Court, further remanding this case for further sentencing. (cc: Judge, USA, USM, USP, counsel, deft) (mkw) |
| 06/28/2005 | ❸ 91 | ORDER as to James Brown; re-sentencing set for 9/15/2005 10:00 AM before Judge Joseph R. Goodwin; directing US to prepare the necessary writ to arrange for the deft's appearance at this hearing; directing the US to submit to the court, USP and counsel for deft by 7/12/05, a chart detailing the deft's offense and relevant conduct; revised PSI report due 8/1/05; objections to revised report due 8/15/05; final report due 8/29/05; each party shall file a sentencing memorandum by 9/7/05; directing FPD to re-appoint Barron M. Helgoe as counsel for the deft in connection with the re-sentencing with an effective nunc pro tunc date of 6/11/03. Signed by Judge Joseph R. Goodwin on 6/28/2005. (cc: Judge, USA, USP, USM, counsel, deft, FPD) (tmr) Modified on 6/29/2005 (Howie, Susan). |
| 07/01/2005 | ❸ 92 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at SOUTH CENTRAL REGIONAL JAIL, 1001 Centre Way, Charleston, WV 25309. Mail resent to James Brown at F. C. I. SCHUYLKILL, #06963-088, P. O. Box 759, Minersville, PA 17954. (tmr) |
| 07/05/2005 | ❸ 93 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at SOUTH CENTRAL REGIONAL JAIL, 1001 Centre Way, Charleston, WV 25309. Mail resent to James Brown at FCI SCHUYLKILL, P. O. Box 759, Minersville, PA 17954. (mkw) (Entered: 07/07/2005) |
| 07/11/2005 | ❸ 103 | CJA 20 as to James Brown: Appointment of Attorney Barron M. Helgoe for James Brown. Signed by Judge Joseph R. Goodwin on 6/28/2005. (nunc pro tunc 06/11/03) (tmr) (Entered: 10/26/2005) |
| 08/01/2005 | ❸ 94 | MOTION by United States of America for Substantial Assistance as to James Brown. (mkw) (Entered: 08/02/2005) |
| 09/06/2005 | ❸ 95 | SENTENCING MEMORANDUM by James Brown. (tmr) (Entered: 09/07/2005) |
| 09/07/2005 | ❸ 96 | SENTENCING MEMORANDUM by United States of America as to James Brown. (tmr) (Entered: 09/08/2005) |
| 09/12/2005 | ❸ 97 | MOTION by United States of America as to James Brown to Continue Sentencing Date. (mkw) |
| | | |

| 09/13/2005 | ❧ 98 | ORDER granting 97 Motion to Continue Sentencing Date as to James Brown, continuing sentencing to 10/20/05 at 2:00 p.m. Signed by Judge Joseph R. Goodwin on 9/13/2005. (cc: Judge, USA, USP, USM, counsel, deft) (jkk) |
| 09/19/2005 | ❧ 99 | Petition/Order for Writ of Habeas Corpus ad prosequendum. Returnable 10/20/05 at 2:00 p.m. Signed by Magistrate Judge Mary E. Stanley on 9/19/2005. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) |
| 09/19/2005 | ❧ | WRIT OF HABEAS CORPUS ad PROSEQUENDUM ISSUED as to James Brown for 10/20/05. (tmr) |
| 10/13/2005 | ❧ 100 | ORDER as to James Brown; Sentencing reset for 10/21/2005 09:30 AM before Judge Joseph R. Goodwin. Signed by Judge Joseph R. Goodwin on 10/12/2005. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) |
| 10/14/2005 | ❧ 101 | MOTION by United States of America as to James Brown to Continue sentencing date. (tmr) (Entered: 10/17/2005) |
| 10/17/2005 | ❧ 102 | ORDER granting deft's 101 Motion to Continue sentencing date as to James Brown; sentencing reset to 11/28/05 @ 9:30 a.m.; directing govt to prepare the necessary writ to arrange for the deft's appearance at this hearing. Signed by Judge Joseph R. Goodwin on 10/17/2005. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) |
| 11/23/2005 | ❧ 104 | SUPPLEMENT TO SENTENCING MEMORANDUM by James Brown. (tmr) |
| 11/28/2005 | ❧ 105 | SENTENCING HEARING scheduled for 11/28/2005 continued. Sentencing set for 1/3/2006 10:00 AM before Judge Joseph R. Goodwin. (kkt) |
| 11/28/2005 | ❧ 106 | ORDER as to James Brown ; rescheduling the Sentencing Hearing to 01/03/06 at 10:00 a.m.; directing the United States to prepare the necessary writ to arrange for the deft's appearance at this hearing . Signed by Judge Joseph R. Goodwin on 11/28/2005. (cc: Judge, USA, USP, USM, counsel, deft) (mkw) |
| 12/07/2005 | ❧ 107 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at FCI Schuylkill, P. O. Box 759, Minersville, PA 17954. No new address. (tmr) |
| 12/19/2005 | ❧ 108 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at #06963-088, FCI SCHUYLKILL, P. O. Box 759, Minersville, PA 17954. Mail resent to James Brown at Carter County Detention Center, 13 Crossbar Road, Grayson, KY 41143. (tmr) |
| 01/03/2006 | ❧ 109 | SENTENCING as to James Brown held by Judge Joseph R. Goodwin on 1/3/2006; Court Reporter: Lisa Cook. (kkt) |
| 01/24/2006 | ❧ 110 | ORDER granting govt's 94 Motion for Substantial Assistance as to James Brown. Signed by Judge Joseph R. Goodwin on 1/24/2006. (cc: Judge, USA, counsel) (tmr) |
|  |  |  |

| 01/24/2006 | ❸ 111 | AMENDED JUDGMENT as to James Brown; upon hearing held 1/3/06; deft RESENTENCED to 60 mos. impr., deft remanded to custody of the USM, 3 yrs SRT, $125.00 sp. assmt., fine waived. Signed by Judge Joseph R. Goodwin on 1/24/2006. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) |
|---|---|---|
| 01/24/2006 | ❸ 112 | SEALED/SOR as to James Brown signed by Judge Joseph R. Goodwin. (tmr) |
| 01/27/2006 | ❸ 113 | MOTION by Untied States of America for Clarification of 111 Amended Judgment entered 01/24/06 as to James Brown. (mkw) (Entered: 01/30/2006) |
| 01/30/2006 | ❸ 114 | ORDER granting deft's 113 Motion for clarification of judgment as to James Brown; the 1/24/06 judgment order is correct and accurately reflects the court's judgment. Signed by Judge Joseph R. Goodwin on 1/30/2006. (cc: Judge, USA, USP, USM, counsel, deft) (tmr) Modified on 2/1/2006 (Howie, Susan). |
| 02/01/2006 | ❸ 115 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at CARTER COUNTY DETENTION CENTER, 13 Crossbar Road, Grayson, KY 41143. Mail resent to James Brown at #06963-088, FTC OKLAHOMA CITY, Federal Transfer Center, P. O. Box 898801, Oklahoma City, OK 73189. (tmr) |
| 02/06/2006 | ❸ 116 | NOTICE by USA as to James Brown, indicating that their office received an order vacating and setting aside the restitution for the deft. Deft's sp. assmt. is still open. (tmr) Modified on 2/8/2006 (Howie, Susan). |
| 02/06/2006 | ❸ 117 | MAIL RETURNED AS UNDELIVERABLE. 114 Mail sent to James Brown at CARTER COUNTY DETENTION CENTER, #13 Crossbar Road, Grayson, KY 41143. Mail resent to James Brown at FTC OKLAHOMA CITY, P. O. Box 898801, Oklahoma City, OK 73189. (mkw) (Entered: 02/07/2006) |
| 02/13/2006 | ❸ 118 | MAIL RETURNED AS UNDELIVERABLE. Mail sent to James Brown at #06963-088, FTC OKLAHOMA CITY, P. O. Box 898801, Oklahoma City, OK 73189. Mail resent to James Brown at #06963-088, U. S. P. LEWISBURG, P. O. Box 1000, Lewisburg, PA 17837. (tmr) |
| 02/01/2007 | ❸ | PROBATION OFFICER ASSIGNMENT FOR SUPERVISION as to James Brown: Keith Zutaut (clb) |
| 06/16/2008 | ❸ 119 | LETTER by USA as to James Brown indicating that the defendant has paid in full the special assessment imposed in this criminal action. cc: Court Services. (Call, Gary) |
| 11/19/2010 | ❸ 120 | SUPERVISED RELEASE JURISDICTION Transferred to the Eastern District of Pennsylvania as to James Brown. (tmr) |
| 11/22/2010 | ❸ 121 | LETTER to Clerk, Eastern District of Pennsylvania, from Clerk, Southern District of West Virginia, dated 11/22/2010, re: Transfer of Jurisdiction. (tmr) |